**WILLIAMSPORT AREA SCHOOL DISTRICT, Respondent,**

v.

**WILLIAMSPORT EDUCATION ASSOCIATION, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 17, 1999.
Reargument Denied March 22, 2000.

William A. Hebe, Wellsboro, for petitioner.

***ORDER***

PER CURIAM.

**AND NOW**, this 17th day of November 1999, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and the Award of the Arbitrator is reinstated. See, *Borough of Lewistown v. Pennsylvania Labor Relations Board*, 558 Pa. 141, 735 A.2d 1240 (1999).

■

**In the Matter of James Daniel HARRISON.**

**No. 571 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 28, 2000.

***ORDER***

PER CURIAM:

AND NOW, this 28th day of April, 2000, James Daniel Harrison having been dis-barred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated November 3, 1999; the said James Daniel Harrison having been directed on March 3, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that James Daniel Harrison is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.